IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 07–cr–00236–EWN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  SEREINO JOE MARTINEZ,

      Defendant.

**ORDER AND NOTICE OF SETTINGS**

EDWARD W. NOTTINGHAM, Chief Judge
Jamie L. Hodges, Secretary

      This matter is set for a three-day trial to a jury of twelve, plus alternates, commencing at 9:00 o'clock a.m. on Tuesday, **October 9, 2007**, in Courtroom A201 of the Alfred A. Arraj United States Courthouse.  Therefore, it is

      **ORDERED** that the deadline for filing all motions is <u>September 7, 2007</u>.  All responses shall be filed by <u>September 14, 2007</u>.  A hearing on the motions, if necessary, is set for **September 20, 2007**, at 9:00 o'clock a.m.  It is further

      **ORDERED** that a change of plea hearing is scheduled to commence at 2:30 o'clock p.m. on Friday, **September 28, 2007**.  The deadline for submitting the plea agreement and statement of

facts relevant to sentencing and the statement by defendant in advance of plea of guilty is Wednesday, September 26, 2007.

Dated: August 7, 2007