IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 07–cr–00236–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SEREINO JOE MARTINEZ,

    Defendant.

## SECOND ORDER AND NOTICE OF SETTINGS

EDWARD W. NOTTINGHAM, Chief Judge
Jamie L. Hodges, Secretary

    This matter is set for a four-day trial to a jury of twelve, plus alternates, commencing at 9:00 o'clock a.m. on Monday, **December 17, 2007**, in Courtroom A201 of the Alfred A. Arraj United States Courthouse.  Therefore, it is

    **ORDERED** that a hearing on the motions is set for **November 8, 2007**, at 2:00 o'clock p.m.  It is further

    **ORDERED** that a change of plea hearing is scheduled to commence at 10:30 o'clock p.m. on Friday, **December 7, 2007**.  The deadline for submitting the plea agreement and statement of facts relevant to sentencing and the statement by defendant in advance of plea of guilty is Wednesday, <u>December 5, 2007</u>.

Dated: September 17, 2007