IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Edward W. Nottingham

| | |
|---|---|
| LaDonne Bush, Deputy Clerk<br>Therese Lindblom, Court Reporter | Date: March 20, 2008 |

Criminal Action No. 07-cr-00236-EWN

*Parties:*                                                                 *Counsel:*

UNITED STATES OF AMERICA,                          Wyatt Angelo

      Plaintiff,

v.

1. SEREINO JOE MARTINEZ,                            J. Michael Dowling

      Defendant.

---

## COURTROOM MINUTES

---

4:17 p.m.      Court in session.

Defendant is present and in custody.

Statement by Mr. Dowling.

**ORDERED:** Motion to Withdraw as Counsel (Doc. 67) is granted. Mr. Dowling is permitted to withdraw as counsel for defendant.

Statement by defendant.

**ORDERED**: Clerk shall appoint another CJA attorney to represent defendant.

**ORDERED**: Motion for Recusal (Doc. 74) is denied.

4:46 p.m.      Court in recess.

Hearing concluded.

Total time: 00:29