# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No. 07-cr-00236-EWN

UNITED STATES OF AMERICA,

        Plaintiff,

v

1.  SEREINO JOE MARTINEZ,

        Defendant,

---

## ORDER

---

Upon consideration of the Government's Motion to Continue Subpoenas, and for good cause shown, it is hereby

ORDERED that all subpoenas previously issued for the motions hearing and  trial previously set for March 27 and April 21, 2008 respectively are continued to June 12, 2008 and July 14, 2008.

DATED this 23rd day of April, 2008.

BY THE COURT:


s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge