IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 07–cr–00236–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SEREINO JOE MARTINEZ,

    Defendant.

## ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

This matter is set for a four-day trial to a jury of twelve, plus alternates, commencing at 9:00 o'clock a.m. on July 14, 2008. It is now

**ORDERED** as follows:

1. The court will hold a trial preparation conference commencing at 10:00 o'clock a.m. on July 3, 2008, in Courtroom A201 of the Alfred A. Arraj United States Courthouse, Denver, Colorado.

2. In preparing for and participating in the conference, the parties and counsel will follow the Instructions Concerning Preparation for Trial Preparation Conference, a copy of which is available on the court's website, www.cod.uscourts.gov.

Dated this 28th day of April, 2008.

                                            BY THE COURT:

                                            s/ Edward W. Nottingham
                                            EDWARD W. NOTTINGHAM
                                            Chief United States District Judge