IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

| | |
|---|---|
| Nel Steffens, Deputy Clerk | Date: June 12, 2008 |
| Darlene Martinez, Court Reporter | |

Criminal Action No. 07–cr–00236–EWN

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Wyatt Angelo |
| Plaintiff, | |
| v. | |
| 1. SEREINO JOE MARTINEZ, | David Lindsey and Mandarin Bowers |
| Defendant. | |

## COURTROOM MINUTES

**Motions Hearing**

**2:18 p.m.**   Court in session.

Court calls case and appearances. Defendant is present in custody.

Court's findings regarding pending motions:

**ORDERED: 1.   Defendant's Motion in Limine: Nature of Prior Felony Conviction (#18, filed September 7, 2007) is GRANTED as stated on the record. Parties shall file a stipulation in 10 days.**

**ORDERED: 2.   Defendant's Motion to Dismiss Indictment (#57, filed February 22, 2008) is DENIED.**

**ORDERED: 3.** **Defendant's Motion Requesting Withdrawal of Counsel and Appointment of Conflict Free Counsel (#70, filed March 17, 2008) is GRANTED.**

**ORDERED: 4.** **Defendant's Supplemental Motion to Motion to Dismiss Indictment Based on Prosecutorial Misconduct in Vilation [sic] of 18 U.S.C. 1621 and 18 U.S.C. 1623 and in Violation of the Due Process Clause of the Fifth Amendment to the United States Constitution (#71, filed March 17, 2008) is DENIED.**

**ORDERED: 5.** **Defendant's Motion Requesting Additional Excuplatory Evidence Pursuant to Discovery, Fed. R. Crim. Procedure Rule 16 (#75, filed March 18, 2008) is GRANTED in part and DENIED in part as stated on the record.**

**ORDERED: 6.** **Defendant's Motion to Dismiss Indictment Pursuant to the "Silver Platter Doctrine" (#81, filed March 21, 2008) is DENIED.**

**ORDERED: 7.** **Defendant's Supplemental Motion in Limine (#82, filed March 21, 2008) is DENIED.**

**ORDERED: 8.** **Defendant's Motion Requesting Private Investigator Be Appointed to Defendant's Case (#83, filed March 21, 2008) is DENIED as moot.**

**ORDERED: 9.** **Defendant's Motion Requesting to Inspect the Source of the Grand Jury Wheel (#84, filed March 21, 2008) is DENIED.**

Parties offer evidence regarding Motion to Suppress Physical Evidence, #58:

**2:30 p.m.** Government's witness, Jeffrey Davis, called and sworn.

Direct examination by Mr. Angelo.

**2:34 p.m.** Cross examination by Mr. Lindsey.

*Exhibit Identified: A-1*

**2:36 p.m.** Witness is excused.

**2:36 p.m.** Government's witness, Robert Barker, called and sworn.

Direct examination by Mr. Angelo.

**2:41 p.m.** Cross examination by Mr. Lindsey.

*Exhibit Identified: A-1*

*Exhibit Received: A-1*

**2:45 p.m.** Witness is excused.

**2:46 p.m.** Government's witness, Eric Wood, called and sworn.

Direct examination by Mr. Angelo.

**2:50 p.m.** Cross examination by Mr. Lindsey.

**2:51 p.m.** Witness is excused.

Counsel stand on pleadings and decline argument.

Court's findings.

**ORDERED: 10. Defendant's Motion to Suppress Physical Evidence (#58, filed February 22, 2008) is DENIED.**

**3:00 p.m.** Court in recess.

Hearing concluded.

Total time: 00:42