IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 07–cr–00236–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SEREINO JOE MARTINEZ,

    Defendant.

**SECOND ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE**

This matter is set for a four-day trial to a jury of twelve, plus alternates, commencing at 9:00 o'clock a.m. on December 8, 2008 in Grand Junction, Colorado. It is now

**ORDERED** as follows:

1. The court will hold a trial preparation conference commencing at 9:00 o'clock a.m. on November 17, 2008, in Courtroom A201 of the Alfred A. Arraj United States Courthouse, Denver, Colorado.

2. In preparing for and participating in the conference, the parties and counsel will follow the Instructions Concerning Preparation for Trial Preparation Conference, a copy of which is available on the court's website, www.cod.uscourts.gov.

Dated this 7th day of July, 2008.

                                    BY THE COURT:

                                    s/ Edward W. Nottingham
                                    EDWARD W. NOTTINGHAM
                                    Chief United States District Judge