IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 07-cr-236-WDM
Civil Action No. 11-cv-380-WDM

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

SIREINO JOE MARTINEZ,

    Defendant-Movant.

---

# FINAL JUDGMENT

---

    Pursuant to and in accordance with the Order to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 entered by the Honorable Walker D. Miller (ECF No. 239) and filed July 28, 2011, the following Judgment is hereby entered:

1. That the Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255, (ECF No. 228) is DENIED; and

2. That the corresponding civil action is dismissed.

DATED at Denver, Colorado this 2nd day of August, 2011.

        FOR THE COURT:

        GREGORY C. LANGHAM, CLERK

        s/ Edward P. Butler
        Edward P. Butler, Deputy Clerk