## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00380-WDM
Criminal Action No. 07-cr-00236-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SEREINO JOE MARTINEZ,

    Defendant/Movant.

## ORDER DENYING CERTIFICATE OF APPEALABILITY

**Blackburn, Judge**

    Movant has filed a Request for a Certificate of Appealability, which has been processed as a notice of appeal, from this court's final order denying his motion pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence. The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Movant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

    ORDERED that a certificate of appealability will not be issued.

    DATED at Denver, Colorado this 17th day of August, 2011.

                             BY THE COURT:

                             s/ Robert E. Blackburn

                             JUDGE, UNITED STATES DISTRICT
                             COURT FOR THE DISTRICT OF COLORADO